[No. 10226-9-II.   Division Two.   December 17, 1987.]

*In the Matter of the Marriage of* ARDYCE M. KEEL, *Respondent, and* MELVIN G. KEEL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86-3-00039-9, Robert L. Charette, J., entered August 18, 1986. *Affirmed* by unpublished opinion

per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.